BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No.  11087
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
LANDON LITTLEFIELD, ESQ.
Nevada Bar No. 15268
CLOWARD TRIAL LAWYERS
6830 W. Oquendo Road, Suite 202
Las Vegas, Nevada 89118
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-Mail: ben@thefiercefirm.com
E-Mail: ian@thefiercefirm.com
E-mail: landon@thefiercefirm.com
*Attorneys for Plaintiffs, Stephen L. Robinson*
*And Diane B. Robinson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN L. ROBINSON, an individual; and DIANE B. ROBINSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SARINA A. RAMAN, an individual; DOES I through XX, and ROE CORPORATIONS I through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:26-cv-00038-DJA <br><br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br><br><br> **SPECIAL SCHEDULING REVIEW REQUESTED** |

**A.    MEETING**.    Pursuant to Fed.R.Civ.P. 26(f) and LR 26-1(a), a meeting was held on **February 4, 2026**, and attended by:

Ian C. Estrada, Esq., of Cloward Trial Lawyers, for Plaintiffs;

Joseph R. Meservy, Esq., of Barron & Pruitt, LLP, for Defendant.

. . .

1

**B.    PRE-DISCOVERY DISCLOSURES**. All Plaintiffs and Defendants will serve their initial disclosures no later than **Wednesday, February 18, 2026**, or within 14 days of the Rule 26(f) conference.  At the 26(f) conference, counsel discussed dates as follows:

**C.    DISCOVERY PLAN**.  Discovery does not need to be conducted in phases.  The parties jointly propose to the Court the following discovery plan:

1.  <u>Subject of Discovery</u>.  Discovery will be needed on the following subjects:  All claims set forth in Plaintiffs' Complaint and Defendants' defenses thereto and relevant to the action.  The parties will propound and respond to their respective discovery requests, and they will conduct depositions, including, but not limited to, those of the Plaintiffs, percipient witness(es), Plaintiffs' treating physicians and/or medical providers, and the Defendants. Discovery will also be needed on all issues of liability, causation, and damages of all forms.  Either party may disclose medical and/or other experts.

2.  <u>Whether Discovery Should be Conducted in Phases or Be Limited to or Focused on Particular Issues</u>:  All parties agree that discovery need not be conducted in phases.

3.  <u>Discovery Cut-Off Dates</u>.  Discovery will take at least **270 days** from the time of Defendant's Answer with the cutoff date being: **October 14, 2026.**

4.  <u>Amending the Pleadings and Adding Parties</u>.  The last date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the close of discovery.  In this action, the last date for filing motions to amend the pleadings or to add parties shall be **July 16, 2026.**

5.  <u>FRCP 26(a)(2) Disclosures (Experts)</u>.  The last date for disclosure of expert witnesses shall be 60 days before the discovery cut-off date.  In this action, the last date for disclosure of experts shall be **August 17, 2026**.[1]

    The date for the disclosure of rebuttal expert witnesses shall be 30 days after the initial disclosure of experts.  In this action, the last date for the rebuttal disclosure of experts shall be **September 14, 2026.**

---

[1] The 60th day falls on Saturday, August 15, 2026.



6. Dispositive Motions. The last date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. In this action, the last date to file dispositive motions shall be **November 13, 2026.**

7. Pretrial Order. The joint pretrial order shall be filed no later than 30 days after the date set for filing dispositive motions. In this action, the joint pretrial order shall be filed on or before **December 14, 2026**.[2] If dispositive motions are timely filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further court order.

8. FRCP 26(a)(3) Disclosures. Unless the discovery plan otherwise provides or the Court so orders, the disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

9. Later Appearing Parties. A copy of this Discovery Plan and Scheduling Order shall be served on any person after it is entered, or, if additional Defendants should appear, 5 days after their first appearance. This Discovery Plan and Scheduling Order shall apply to such later appearing parties unless the Court, on Motion and for good cause shown, otherwise orders.

10. Extensions/Modifications of the Discovery Plan and Scheduling Order: Local Rule 26-3 ~~26-4~~ requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline.

11. Alternative Dispute Resolution. The parties certify that they met and conferred at the Rule 26 conference regarding the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation pursuant to LR 26-1(b)(7).

12. Alternative Forms of Case Disposition. The parties certify that they considered and did not consent to trial by magistrate judge under 28 U.S.C 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01).



---

[2] That 30th day falls on Sunday, December 13, 2026.

13. Electronic Evidence. The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties will enter into stipulations before trial about providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

14. Consent to Service by Electronic Means through Electronic Mail. The undersigned parties hereby consent to service of documents via electronic mail, and/or by U.S. Mail. Documents served by electronic email must be transmitted to the following persons at the e-mail addresses, and/or mailing addresses shown below:

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com

Service on Defendant through electronic mail shall also include:

Allyssa Chua: achua@lvnvlaw.com
MaryAnn Dillard: mdillard@lvnvlaw.com

Benjamin P. Cloward, Esq., NV Bar #11087
Ian Estrada, Esq., NV Bar #12575
Landon Littlefield, Esq., NV Bar #15268
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave., Las Vegas, Nevada 89129
Phone: (702) 605-5000 / Fax: (702) 997-5000
E-mail: ben@thefiercefirm.com
E-mail: ian@thefiercefirm.com
E-mail: landon@thefiercefirm.com

Service on Plaintiffs through electronic mail shall also include:

Icela Aveytia: Icela@thefiercefirm.com
Nicole Griffin: Nicole@thefiercefirm.com

4

15. <u>Issues Regarding Disclosure of Electronically Stored Information, Including the Form or Forms in Which it Should Be Produced</u>: The parties agree that no issues currently exist regarding the disclosure or discovery of electronically stored information.  The parties discussed the potential need to inspect any motor vehicle "black box" devices and will meet and confer on that issue.

16. <u>Issues Regarding Claims of Privilege or Protection of Pre-Trial Materials</u>: The parties agree to act in a manner that protects information entitled to be kept confidential and to ensure that protection is limited to material entitled to any such protections.  The parties will work together, where possible, to establish an appropriate scope of discovery as it relates to privileged communications in Defendant's files.

17. <u>Changes That Should Be Made in the Limitations on Discovery Imposed Under These Rules or By Local Rule</u>:  None.

18. <u>Orders That the Court Should Issue Under Rule 26(c) or Rule 16(b) and (c)</u>:  None at this time, although the parties may stipulate to such an order in the future to preserve materials protected by trade secret(s) held by Defendant(s).

**D.    <u>STATEMENT REGARDING WHY LONGER TIME PERIODS FOR DISCOVERY APPLY TO THIS CASE</u>**

This case warrants additional time for discovery. Plaintiff Stephen Robinson represents that he has treated with sixteen medical providers to date (and is continuing to treat) and currently claims medical specials in the amount of $202,903.21. Plaintiff Diane Robinson represents that she has treated with sixteen medical providers and currently claims medical specials in the amount of $43,615.97. With the exception of Diane Robinson's emergency care, it is the parties' understanding that all of the Plaintiffs' treatment providers are located in the State of California. Accordingly, due to the substantial medical records and the number of out-of-state treatment providers at issue in this case, as well as the ongoing treatment being sought by Plaintiff Robinson, the parties agree that additional time for discovery is warranted to allow for full and fair discovery, including the obtaining of all relevant medical records.

. . .

Furthermore, the parties agree that a special scheduling review should be conducted by this Court so as to authorize additional time for the discovery demands in a case of this nature.

DATED this __10th__ day of February, 2026.

**CLOWARD TRIAL LAWYERS**

/s/Ian C. Estrada_____
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No.  11087
IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
6830 W. Oquendo Road, Suite 202
Las Vegas, Nevada 89118
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-Mail: ben@thefiercefirm.com
E-Mail: ian@thefiercefirm.com
*Attorneys for Plaintiffs, Stephen L. Robinson
And Diane B. Robinson*

DATED this __10th__ day of February, 2026.

**BARRON & PRUITT, LLP**

/s/Joseph R. Meservy_____
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
Phone: (702) 870-3940
Fax: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendant
Sarina A. Raman*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: ___2/11/2026_____

6